UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-939-CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

This matter is before the Court upon plaintiff Patrick Bolden's failure to keep the Court apprised of his current address.

On May 9, 2007, the Court received plaintiff's Complaint and Motion for Leave to Proceed In Forma Pauperis. On May 10, 2007, the Clerk of Court sent a letter to plaintiff advising him that the Court had received and filed his complaint and had assigned a case number. On May 21, 2007, the said letter was returned to the Court as undeliverable. Local Rule 2.06(B) states that "[i]f any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." Over thirty days have

passed since plaintiff's mail was returned to the Clerk, and he has not notified the Court of his current address.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) [Doc. #2] is **DENIED**, without prejudice, as moot.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to keep the Court apprised of his current address. See Local Rule 2.06(B).

Dated this 26th day of June, 2007.

_____
**UNITED STATES DISTRICT JUDGE**